IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01430-WDM-CBS

DEBRA R. JACKSON,
    Plaintiff,
v.

CITY AND COUNTY OF DENVER, a body politic and corporate of the State of Colorado acting by and through its agency, DENVER HUMAN SERVICES, DONNA HAMBURG, in her official capacity, and
DIEDRE GRAYSON, in her official capacity,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This case comes before the court on Plaintiff Debra R. Jackson's request made on February 14, 2007 via telephone to extend to Friday February 16, 2007 the time for her response to the Defendants' Motion to Compel Response to Discovery.

    Defendants filed their Motion to Compel Responses to Discovery on January 23, 2007.  Also on January 23, 2007, the court ordered that Ms. Jackson's response to the Defendants' Motion was due by February 12, 2007.  Ms. Jackson indicated via telephone on February 14, 2007 that she would provide her discovery responses to the Defendants on or before February 16, 2007.

    In the future, Ms. Jackson is reminded that she must comply with the Local Rules for the District Court for the District of Colorado, which provide among other things that "all matters to be called to a judicial officer's attention shall be submitted [in writing]

through the clerk, with copies served on all other parties or their attorneys," D.C. COLO. LCivR 77.2., and that before filing a request with the court, she must confer or make reasonable, good-faith efforts to confer with opposing counsel regarding the subject of her request, D.C. COLO. LCivR 7.1A.   The court being sufficiently advised in the premises,

    IT IS ORDERED that Plaintiff Debra R. Jackson's response to the Defendants' Motion to Compel Response to Discovery is due on or before Friday February 16, 2007.

    DATED at Denver, Colorado, this 15th day of February, 2007.

    BY THE COURT:

    s/Craig B. Shaffer
    United States Magistrate Judge