**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01430-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: June 11, 2007** | **Courtroom Deputy:** Ben Van Dyke |

DEBRA R. JACKSON,                                              Pro se

    **Plaintiff,**

v.

CITY AND COUNTY OF DENVER, a body politic and        Niels Loechell
corporate of the State of Colorado, acting by and through
its agency, DENVER HUMAN SERVICES, and
DEIDRE GRAYSON, in her official capacity,

    **Defendants.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTIONS HEARING**
**Court in Session:      3:05 p.m.**
Court calls case.  Appearances of defense counsel and pro se plaintiff.

The parties discuss the status of the case with the Court.

**ORDERED:** Defendants' Motion to Compel Responses to Discovery [filed January 23, 2007; doc. 10] is denied as moot for the reasons stated on the record.

**ORDERED:** Defendants' Motion for Sanctions [filed April 2, 2007; doc. 15] is denied for the reasons stated on the record.

**ORDERED:** Defendants' Second Motion to Compel Responses to Discovery [filed May 16, 2007; doc. 27] is denied for the reasons stated on the record.

**ORDERED:** The discovery deadline is extended to September 28, 2007; and the dispositive motions deadline is extended to October 19, 2007.  Affirmative experts shall be designated by August 1, 2007; and rebuttal experts shall be designated by September 3, 2007.

**ORDERED:   The defendants may re-serve proper interrogatories and requests for productions.**

HEARING CONCLUDED.

**Court in Recess:     4:31 p.m.**
Total In-Court Time:    01:26