**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No. 06-cv-01430-WDM-CBS** | **FTR**-Reporter Deck - Courtroom A402 |
| **Date: August 24, 2007** | **Courtroom Deputy:** Geneva D. Mattei |

DEBRA R. JACKSON,                                                                  Pro Se

    **Plaintiff(s),**

    v.

DENVER, CITY AND COUNTY OF,                                          Niels Loechell
a body politic and corporate of the
State of Colorado, acting by and through
its agency Denver Human Services
other
Denver Department of Human Services
DONNA HAMBURG, and                                                          Niels Loechell
in her official capacity
DIEDRE GRAYSON,                                                                   Niels Loechell
in her official capacity

    **Defendant(s).**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTIONS HEARING**
**Court in Session:**     1:30 p.m.
Court calls case.  Appearances of counsel and pro se plaintiff.

The parties discuss the status of the case with the Court.

**ORDERED:**   Defendants' motion to compel response to discovery [filed July 31, 2007; doc. 37] is granted as stated on the record. Plaintiff shall respond to discovery on or before August 31, 2007. In the exercise of Court's discretion, no fees of costs shall be awarded.

HEARING CONCLUDED.

**Court in Recess**:     1:59 p.m.
 Total In-Court Time:    00:29