IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01430-WDM-CBS

DEBRA R. JACKSON,
    Plaintiff,
v.

CITY AND COUNTY OF DENVER, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendants' Motion for Sanctions (filed September 4, 2007) (doc. # 45).  Pursuant to the Order of Reference dated July 25, 2006 (doc. # 2) and the memorandum dated September 4, 2007 (doc. # 46), this matter was referred to the Magistrate Judge.  The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Plaintiff Debra R. Jackson's response to the Defendants' Motion for Sanctions is due **on or before Monday September 24, 2007**.

    2.    On or before Monday September 24, 2007, Defendants shall advise the court of the status of Plaintiff's deposition currently scheduled on September 10, 2007.

DATED at Denver, Colorado, this 5th day of September, 2007.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge