IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01430-WDM-CBS

DEBRA R. JACKSON,
    Plaintiff,
v.

CITY AND COUNTY OF DENVER, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendants' Motion for Sanctions (filed September 4, 2007) (doc. # 45). Pursuant to the Order of Reference dated July 25, 2006 (doc. # 2) and the memorandum dated September 4, 2007 (doc. # 46), this matter was referred to the Magistrate Judge. The court has reviewed the Motion and the entire case file and is sufficiently advised in the premises.

    Defendants' request for sanctions was based upon Ms. Jackson's failure to provide her discovery responses on or before August 31, 2007. (*See* Courtroom Minutes/Minute Order (doc. # 44)). Ms. Jackson has not responded to Defendants' Motion for Sanctions. On September 6, 2007, Defendants filed a Supplement, indicating that they received Ms. Jackson's discovery responses on September 5, 2007. (*See* "Defendants' Supplement to Motion to Compel" (doc. # 48)). On September 12, 2007, Defendants advised the court that Ms. Jackson's deposition was completed on September 10, 2007. (*See* "Defendants' Status Report" (doc. # 52)).

1

The grounds for Defendants' Motion for Sanctions appear to have been resolved by the receipt of Ms. Jackson's discovery responses and the completion of her deposition. Accordingly,

IT IS ORDERED that Defendants' Motion for Sanctions (filed September 4, 2007) (doc. # 45) is DENIED as moot.

DATED at Denver, Colorado, this 28th day of September, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge